IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | X | |
| Plaintiff, | X | |
| vs. | X | No. 02-20032-(G)B |
| CASSANDRA LYNN MAXWELL, | X | |
| Defendant. | X | |

### ORDER DENYING IRREGULAR CRIMINAL MOTIONS

On August 24, 2004, defendant Cassandra Lynn Maxwell, Bureau of Prisons inmate registration number 18166-076, an inmate at the Federal Prison Camp in Alderson, West Virginia, filed an irregular pro se motion in her closed criminal case, entitled "Freedom of Information Act/Privacy Act Appeal to Compel Designated Agencies/Attorneys to Release FOIA/Privacy Documentation to Petitioner Expediently for Preparations of Post Conviction Relief or Any Other Future Litigations." A variety of documents are attached to this motion, including what appears to be a motion for an extension of time to file a motion pursuant to 28 U.S.C. § 2255.

This prisoner's motion does not specify the material she seeks or the individuals or entities from whom she seeks materials, making it impossible for the Court to evaluate the substance of her motion. Moreover, as Maxwell filed a motion pursuant to 28 U.S.C.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-15-05



§ 2255 on September 16, 2004, her request for an extension of time is moot. Accordingly, defendant's motion is DENIED.

IT IS SO ORDERED this 14th day of June, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 84 in case 2:02-CR-20032 was distributed by fax, mail, or direct printing on June 15, 2005 to the parties listed.

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Robert C. Brooks
LAW OFFICE OF ROBERT C. BROOKS
P.O. Box 771558
Memphis, TN 38177

Honorable J. Breen
US DISTRICT COURT